IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MIKE PHILLIPS and JONNA PHILLIPS, et al.,

        Petitioners,

CIVIL ACTION NO. 3:11-mc-126

(JUDGE CAPUTO)

CHESAPEAKE APPALACHIA, LLC,
CHESAPEAKE ENERGY
CORPORATION, and NOMAC
DRILLING, LLC

        Respondents.

## ORDER

**NOW**, this _____ day of September, 2013, **IT IS HEREBY ORDERED** that

Plaintiffs' Motion for Voluntary Dismissal (Doc. 15) is **GRANTED** and Plaintiffs' case is

**DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to enter the case as

**CLOSED**.

A. Richard Caputo
United States District Judge